United States Bankruptcy Court
District of Oregon

In re: Dani Products LLC
Debtor

Case No. 26-33723-pcm
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0979-3 | User: Admin. | Page 1 of 3
Date Rcvd: Nov 01, 2026 | Form ID: 309C | Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dani Products LLC, 2527 NE 4th Street, Suite 120, Bend, OR 97701-3664 |
| 103077329 | | AJK Descendants Trust, c/o Karen Koulogeorge, Trustee, 116 E. 35th St., Sea Island, GA 31561 |
| 103077328 | + | Abracadabra, 1441 SW Chandler Ave, Bend, OR 97702-3208 |
| 103077330 | | Aquamenities Vendor, 490 Arnold Industrial Way Suite E, Concord, CA 94520 |
| 103077331 | | Aroma Creations/Grace, PO Box 4446, Columbus, OH 43260-4446 |
| 103077332 | + | Burst Management, LLC, 1313 Centennial Rd, Fort Collins, CO 80525-2312 |
| 103077335 | + | Container and Packaging, 12601 W Explorer Drive, Suite 100, Boise, ID 83713-1885 |
| 103077336 | + | David W. Totten, 418 W. McGraw St., Seattle, WA 98119-2652 |
| 103077337 | + | Debbie Lundquist Rev. Liv. Trust 2-6-04, 1617 Meadow Lark Lane, Sunnyvale, CA 94087-4848 |
| 103077339 | + | Fratzke Property Management, 963 SW Simpson Ave, Suite 220, Bend, OR 97702-3469 |
| 103077340 | + | Glassnow, 12617 Beltex Road, Manor, TX 78653-4557 |
| 103077341 | + | Green Worldwide Shipping, LLC, 619 E. College Ave, Suite F, Decatur, GA 30030-5330 |
| 103077342 | + | High Desert Industrial Park LLC, PO Box 7362, Salem, OR 97303-0074 |
| 103077346 | + | Kent Family Trust, c/o Bradley R. Kent, Co-Trustee, 19406 Green Lakes Loop, Bend, OR 97702-1160 |
| 103077347 | + | Kent Family Trust, c/o Melissa J. Kent, Co-Trustee, 19406 Green Lakes Loop, Bend, OR 97702-1160 |
| 103077348 | + | LS Networks, SW Washington St #210, Portland, OR 97204 |
| 103077349 | ++ | MAISON CAPITAL GROUP INC, 4601 SHERIDAN ST, SUITE 320, HOLLYWOOD FL 33021-3433 address filed with court:, Maison Capital Group Inc., 4601 Sheridan St., Suite 320, Hollywood, FL 33021 |
| 103077350 | + | Miller Nash LLP, 1140 SW Washington St, Ste 700, Portland, OR 97205-2384 |
| 103077351 | + | My Outdesk, 1661 Garden Highway, Sacramento, CA 95833-9738 |
| 103077353 | | Oregon Dept. Of Consumer & Business Svcs, PO Box 14480, Salem, OR 97309-0405 |
| 103077356 | | PMK Descendants Trust, c/o Karen Koulogeorge, Trustee, 116 E. 35th St., Sea Island, GA 31561 |
| 103077355 | #+ | Phillip & Jennifer Kenney, 2314 Franklin St., Vancouver, WA 98660-2544 |
| 103077357 | + | Providence Capital Funding Inc., 2951 Saturn St., Suite E, Brea, CA 92821-6206 |
| 103077359 | + | Robert Tedesco, Rich May PC, 176 Federal St., Boston, MA 02110-2223 |
| 103077362 | | SMK Descendants Trust, c/o Karen Koulogeorge, Trustee, 116 E. 35th St., Sea Island, GA 31561 |
| 103077361 | + | Shannon Vetras, 2989 NW Underhill Place, Bend, OR 97703-8689 |
| 103077360 | + | Shannon Vetras, 1777 SW Chandler Ave. #155, Bend, OR 97702-3830 |
| 103077364 | + | Sun Deep, Inc, 31285 San Clemente St., Hayward, CA 94544-7814 |
| 103077366 | + | TricorBraun, 6 CityPlace Dr, Suite 1000, Saint Louis, MO 63141-7119 |
| 103077365 | + | TricorBraun, 6 Cityplace Drive, Saint Louis, MO 63141-7209 |
| 103077367 | + | TricorBraun, 2622 North Marine Drive, Portland, OR 97217-7710 |
| 103077370 | + | US Small Business Administration, c/o Kelly Loeffler, 2448 Historic Decatur Road, #200, San Diego, CA 92106-6116 |
| 103077372 | + | WCP Solutions, 2330 SE 1st St, Redmond, OR 97756-9608 |
| 103077371 | + | Walter F. Lang, 420 Lynnwood Blvd., Nashville, TN 37205-3435 |
| 103077373 | + | Webbank, 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219-4100 |
| 103077376 | | YourBoxSolution, 2095 Laura St, Springfield, OR 97477-2285 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@pdxlegal.com | Nov 01 2026 00:39:00 | MICHAEL D O'BRIEN, Michael D O'Brien & Associates, P.C., 7609 SW Beveland Rd., Portland, OR 97223 |
| tr | + | EDI: QVPANCIC.COM | Nov 01 2026 04:38:00 | Vanesa Pancic, Chapter 7 Trustee, POB 280, Wilsonville, OR 97070-0280 |
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Nov 01 2026 00:39:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | Nov 01 2026 04:38:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Nov 01 2026 00:39:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | Nov 01 2026 00:36:46 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| ust | + | Email/Text: ustpregion18.pl.ecf@usdoj.gov | Nov 01 2026 00:39:00 | US Trustee, Portland, 1220 SW 3rd Ave., Rm. 315, Portland, OR 97204-2829 |
| 103077333 | + | Email/Text: bankruptcynotices@cbecompanies.com | Nov 01 2026 00:39:00 | CBE Group Inc., 1309 Technology Pkwy., Cedar Falls, IA 50613-6976 |
| 103077334 | | Email/Text: IBNK@conserve-arm.com | Nov 01 2026 00:39:00 | Conserve, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 103077338 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Nov 01 2026 00:39:00 | Forward Financing LLC, 53 State Street, 20th Floor, Boston, MA 02109-2820 |
| 103077344 | + | EDI: IRS.COM | Nov 01 2026 04:38:00 | Internal Revenue Service, Bankruptcy Notices, POB 7346, Philadelphia, PA 19101-7346 |
| 103077345 | ^ | MEBN | Nov 01 2026 00:36:51 | Isaac Greenfield, Esq., 2 Executive Blvd., Ste 305, Suffern, NY 10901-8219 |
| 103077352 | + | EDI: ORREV.COM | Nov 01 2026 04:38:00 | Oregon Department of Revenue, 955 Center Street NE, Salem, OR 97301-2553 |
| 103077354 | + | Email/Text: oed_bankrupt@employ.oregon.gov | Nov 01 2026 00:39:00 | Oregon Employment Department, Employer Taxes, 875 Union Street NE, Room 107, Salem, OR 97311-0800 |
| 103077358 | + | Email/Text: collections@rapidadvance.com | Nov 01 2026 00:39:00 | Rapid Finance, 4500 East West Highway, 6th Floor, Bethesda, MD 20814-3327 |
| 103077363 | ^ | MEBN | Nov 01 2026 00:36:53 | SQ Advance, 7901 4th St. N, Suite 300, Saint Petersburg, FL 33702-4399 |
| 103077368 | | Email/Text: arbankruptcy@uline.com | Nov 01 2026 00:39:00 | ULINE, PO Box 88741, Chicago, IL 60680-1741 |
| 103077369 | + | Email/Text: bankruptcynotices@sba.gov | Nov 01 2026 00:39:00 | US Small Bus. Administration, c/o Matthew Koos, 721 19th St., Suite 426, Denver, CO 80202-2517 |
| 103077374 | + | Email/Text: bankruptcy@webbank.com | Nov 01 2026 00:39:00 | WebBank / Shopify, c/o Kelly Barnett, President, 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 103077375 | + | Email/Text: bankruptcy@webbank.com | Nov 01 2026 00:39:00 | WebBank /Paypal, c/o Kelly Barnett, President, 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 103077343 | *+ | High Desert Industrial Park, LLC, PO Box 7362, Salem, OR 97303-0074 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Dani Products LLC | EIN: | 81−4372135 |
| | Name | | |
| United States Bankruptcy Court | District of Oregon | Date case filed for chapter: | 7 10/23/26 |
| Case number: | 26−33723−pcm7 | | |

## Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

12/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Dani Products LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 2527 NE 4th Street, Suite 120<br>Bend, OR 97701 | |
| **4. Debtor's attorney**<br>Name and address | MICHAEL D O'BRIEN<br>Michael D O'Brien & Associates, P.C.<br>7609 SW Beveland Rd.<br>Portland, OR 97223 | Contact phone 503−786−3800 |
| **5. Bankruptcy trustee**<br>Name and address | Vanesa Pancic<br>Chapter 7 Trustee<br>POB 280<br>Wilsonville, OR 97070 | Contact phone 503−729−8676 |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1050 SW 6th Ave. #700<br>Portland, OR 97204 | Office Hours<br>9:00 a.m. − 4:30 p.m.<br><br>Contact phone 503−326−1500<br><br>Date: 10/23/26 |
| **7. Meeting of creditors**<br>The debtor's representative, as specified in Bankruptcy Rule 9001(b)(5), must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 14, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. Debtors must also provide proof of reported social security numbers (for example, social security card; medical insurance card; pay stub; W−2 form; IRS form 1099; or Social Security Admin.report). | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 463 853 7567, and Passcode 3080137556, OR call 1−971−314−1869**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **10.** | **Notice of Proposed Dismissal of Case** | This case may be dismissed without further prior notice if the debtor fails to complete the meeting of creditors set above, timely file any documents, or make fee payments as ordered by the Court, unless within 21 days of the date in line 6 a party in interest files a written objection to dismissal, setting forth specific grounds, and sends copies to the debtor's attorney and trustee.<br><br>**Important:** Unless you receive an Order of Dismissal from this Court, this case is active and the automatic stay is in effect. |
| **11.** | **Trustee Appointment** | The trustee named above is hereby appointed as interim trustee in this case. The trustee's bond shall be the blanket bond previously approved and filed with the U.S. Bankruptcy Court Clerk. UNITED STATES TRUSTEE |
| **12.** | **Court Information and Legal Advice** | Court information is available at https://www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |